710 A.2d 1138

**Andora D. PEDDRICK, Petitioner,**

v.

**WISSAHICKON SCHOOL DISTRICT, Respondent.**

Supreme Court of Pennsylvania.

May 29, 1998.

## ORDER

**PER CURIAM:**

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **REVERSED,** and the matter is **REMANDED** to the Court of Common Pleas of Montgomery County consistent with this Court's opinion in *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998), *Marino v. Hackman,* 551 Pa. 369, 710 A.2d 1108 (1998) and *Shope v. Eagle,* 551 Pa. 360, 710 A.2d 1104 (1998).